IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KARCHEEM ERIC NELSON,** : | | |
| Plaintiff : | | |
| : | No. 1:23-cv-01852 | |
| v. : | | |
| : | (Judge Rambo) | |
| **JAKE SCOTT,** *et al.*, : | | |
| Defendants : | | |

## ORDER

**AND NOW**, on this 18th day of June 2024, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT**:

1. This case is **DISMISSED** with prejudice for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b);

2. Defendants' motion to dismiss (Doc. No. 19) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                 s/ Sylvia H. Rambo
                                             United States District Judge